UNITED STATES DISTRICT COURT
DISTRICRT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL CASE NO.: 4:24cr930 |
| | ) |
| v. | ) |
| | ) |
| _Derrell Sherald_ | ) |

## PLEA

The Defendant acknowledges receipt of a copy of the INDICTMENT and after Arraignment pleads not guilty in open court.

_____
(Signed) Defendant

Date: 12/6, 2024
Florence, South Carolina