IN THE UNITED STATES DISTRICT COURT
DISTRICRT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | C/R No. 4:24cr930 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Derrell Sherald  Defendant. | ) | |

In accord with the Due Process Protections Act and Rule 5(f) of the Federal Rules of Criminal Procedure, this Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence, that is, evidence that favors the defendant or casts doubts on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and hereby ORDERS the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in serious consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

IT IS SO ORDERED.

Dec. 6, 2024
Florence, South Carolina

s/Kaymani D. West
Kaymani D. West
United States Magistrate Judge